No. 11–10195. PAYNE ET AL. *v.* MCGRATH, WARDEN. C. A. 9th Cir. Certiorari denied.

No. 11–10198. HOLLOWAY *v.* MAGNESS ET AL. C. A. 8th Cir. Certiorari denied.

No. 11–10199. FARMER *v.* UNITED STATES. C. A. 8th Cir. Certiorari denied.

No. 11–10200. HILL *v.* WHITE, WARDEN, ET AL. C. A. 9th Cir. Certiorari denied.

No. 11–10203. JONES *v.* UNION CITY, GEORGIA. C. A. 11th Cir. Certiorari denied.

No. 11–10213. WOOD *v.* BITER, ACTING WARDEN. C. A. 9th Cir. Certiorari denied.

No. 11–10214. NELSON *v.* ARIZONA. Sup. Ct. Ariz. Certiorari denied.

No. 11–10215. PHERNETTON *v.* CROWN POINT POLICE DEPARTMENT. C. A. 7th Cir. Certiorari denied.

No. 11–10216. NESBITT *v.* WILLIAMS. C. A. 2d Cir. Certiorari denied.

No. 11–10221. BOOKER-EL *v.* WILSON, SUPERINTENDENT, INDIANA STATE PRISON, ET AL. C. A. 7th Cir. Certiorari denied.

No. 11–10222. AL-AMI'N *v.* CLARKE, DIRECTOR, VIRGINIA DEPARTMENT OF CORRECTIONS. C. A. 4th Cir. Certiorari denied.

No. 11–10223. BROOKS *v.* SISTO, WARDEN, ET AL. C. A. 9th Cir. Certiorari denied.

No. 11–10227. MCLEOD *v.* JARRETT ET AL. C. A. D. C. Cir. Certiorari denied.

No. 11–10228. GEORGE *v.* MICHIGAN. Sup. Ct. Mich. Certiorari denied.

No. 11–10231. RIZZO *v.* CONNECTICUT. Sup. Ct. Conn. Certiorari denied.